IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUBEN MIJEL CHAVIRA,

      Plaintiff,

  v.

C/O R.M. ALVAREZ, et al.,

      Defendants.
_____/

No. C 12-1765 CW (PR)

ORDER OF TRANSFER

    Plaintiff, a state prisoner, has filed the above <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is incarcerated at Kern Valley State Prison (KVSP), which is located in Kern County in the Eastern District of California.  <u>See</u> 28 U.S.C. § 84(b).  The acts complained of occurred at Calipatria State Prison, which is located in Imperial Valley in the Southern District of California.  28 U.S.C. § 84(d).  Venue, therefore, properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California.

    The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

Dated: 4/13/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE